# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00354-CV

**Delores Glass Matthews, Dorothy Glass Redus, Allen Glass,
Monica Glass Reedy, Nancy Glass Jones, Mary Regina Glass Essex,
Kenneth Glass, Mable Glass Burnet Nunn
and Gretchen Campbell, Appellants**

**v.**

**Edward Glass, Appellee**

## FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
## NO. 2015V-031, THE HONORABLE JEFF R. STEINHAUSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants' brief was originally due on August 8, 2018. On August 10, 2018, this Court sent a notice to appellants informing them that their brief was overdue and that a failure to file a satisfactory response by August 20, 2018, would result in the dismissal of this appeal for want of prosecution. To date, appellants have not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Prosecution

Filed: August 24, 2018